Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Corning Incorporated  v. DSM IP Assets B.V.

No. 14-1730

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Corning Incorporated
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Michael L. Goldman
Law firm: LeClairRyan, A Professional Corporation
Address: 70 Linden Oaks, Suite 210
City, State and ZIP: Rochester, NY 14625
Telephone: 585-270-2101
Fax #: 585-270-2179
E-mail address: michael.goldman@leclairryan.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 3, 1984

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes  [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

September 4, 2014                    /s/Michael L. Goldman
       Date                          Signature of pro se or counsel

cc: Sharon A. Israel, Mayer Brown LLP

123

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2014, I caused true and correct copies of the foregoing **ENTRY OF APPEARANCE (Goldman)** to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused true and correct copies of the foregoing **ENTRY OF APPEARANCE (Goldman)** to be served on this 4th day of September, 2014 via electronic mail to the following counsel (as agreed in DSM IP Assets B.V.'s Notice Pursuant to 37 C.F.R § 42.8 in IPR2013-00045):

| | |
|---|---|
| Sharon A. Israel (Lead Counsel) | Joseph A. Mahoney (Back-up Counsel) |
| Registration No. 41,867 | Registration No. 38,956 |
| Mayer Brown LLP | Mayer Brown LLP |
| 700 Louisiana Street, Suite 3400 | 71 South Wacker Drive |
| Houston, TX 77002-2730 | Chicago, IL 60606 |
| Telephone: (713) 238-2630 | Telephone: (312) 701-8979 |
| Facsimile: (713) 238-4630 | Facsimile: (312) 706-8530 |
| E-mail: sisrael@mayerbrown.com | E-mail: jmahoney@mayerbrown.com |
| | |
| *Counsel for Appellee,* | *Counsel for Patent Owner,* |
| *DSM IP Assets B.V.* | *DSM IP Assets B.V.* |

/s/Michael L. Goldman
Michael L. Goldman

LeClairRyan, A Professional Corporation
70 Linden Oaks, Suite 210
Rochester, New York 14625
Telephone: (585) 270-2101
Facsimile: (585) 270-2179
E-mail: michael.goldman@leclairryan.com